NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000266
14-APR-2014
09:05 AM

NO. CAAP-12-0000266

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MARK C. KELLBERG, Plaintiff-Appellant,
v.
CHRISTOPHER J. YUEN in his capacity as
Planning Director, County of Hawaiʻi,
and COUNTY OF HAWAIʻI, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 07-1-0157)

ORDER DENYING MOTION FOR RECONSIDERATION
OF MEMORANDUM OPINION FILED MARCH 28, 2014
(By:  Foley, Presiding J., Leonard and Reifurth, JJ.)

Upon consideration of the April 7, 2014 "Defendants-Appellees Christopher J. Yuen in his capacity as Planning Director, County of Hawaiʻi and County of Hawaiʻi's Motion for Reconsideration and/or Clarification" of the Intermediate Court of Appeals' March 28, 2014 Memorandum Opinion, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, April 14, 2014.

Presiding Judge

Associate Judge

Associate Judge